# Exhibit G

**Withheld due to Defendant's claim of Confidentiality**

**Provided courtesy copy to Court for *in camera* review**