From:    Judge Drain/NYSB/02/USCOURTS

To:    "Michael D. Slodov" <mslodov@sessions.legal>

Cc:    "Erika L. Vap" <evap@sessions.legal>, "'gcarpinello@BSFLLP.com'" <gcarpinello@BSFLLP.com>, "James K. Schultz" <jschultz@sessions.legal>, 'Jeff Shelly' <jshelly@BSFLLP.com>, "'Rdd.Chambers@nysb.uscourts.gov'" <Rdd.Chambers@nysb.uscourts.gov>

Date:    09/28/2016 08:52 AM

Subject:Re: FW: 15-08214-rdd Letter


At the September 22, 2016 hearing, the Court directed the parties to submit by the deadline set by the Court post-hearing memoranda of law on the issues stated by the Court.  If Credit One intends the attached letter to serve as its post-hearing memorandum of law, it will be treated as such and the Court will await the submission of plaintiffs' memorandum by the deadline previously set.  If Credit One intends the attached letter to serve another function, it will be disregarded as no such legally cognizable function exists, and there is no need to reply to it.


Hon. Robert Drain.



From:    "Michael D. Slodov" <mslodov@sessions.legal>

To:    "'Rdd.Chambers@nysb.uscourts.gov'" <Rdd.Chambers@nysb.uscourts.gov>

Cc:    "'gcarpinello@BSFLLP.com'" <gcarpinello@BSFLLP.com>, "James K. Schultz" <jschultz@sessions.legal>, 'Jeff Shelly' <jshelly@BSFLLP.com>, "Erika L. Vap" <evap@sessions.legal>

Date:    09/27/2016 06:04 PM

Subject:FW: 15-08214-rdd Letter

Chambers of the honorable Robert D. Drain, greetings:

Attached please find a copy of Credit One Bank N.A.'s letter filed herein concerning the email search and undue burden issues.



**Michael D. Slodov, Attorney  |  Sessions, Fishman, Nathan & Israel**
Direct:  440.318.1073 | Mobile: 440.488.3159 | Fax: 216.359.0049 | mslodov@sessio
15 E. Summit St., Chagrin Falls, OH 44022-2709
Direct Links:   EMAIL • Download V-Card • WEBSITE
California • Colorado • Florida • Georgia • Illinois •
Louisiana • New Jersey • New York • Ohio • Texas

**Please note the new email address extension @sessions.legal in our signature block.**

Confidentiality: This e-mail is confidential and intended only for the recipient(s) named. Unless you are a named recipient, your reading, distributing, forwarding, or copying this communication is prohibited and may violate the legal rights of others. If you received this communication in error, please call me, return the e-mail to me, and delete it from your system.

From: nysbinfo@nysb.uscourts.gov [mailto:nysbinfo@nysb.uscourts.gov]
Sent: Tuesday, September 27, 2016 6:01 PM
To: courtmail@nysb.uscourts.gov
Subject: 15-08214-rdd Letter

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**

**Southern District of New York**

Notice of Electronic Filing

The following transaction was received from Michael D Slodov entered on 9/27/2016 at 6:00 PM and filed on 9/27/2016

| | |
|---|---|
| **Case Name:** | Anderson v. Credit One Bank, N.A. et al |
| **Case Number:** | 15-08214-rdd |
| **Document Number:** | 87 |

**Docket Text:**
Letter *regarding email search and undue burden* Filed by Michael D Slodov on behalf of Credit One Bank, N.A.. (Slodov, Michael)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** letter to judge drain re email search(2).pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=9/27/2016] [FileNumber=15568473-0]
[14f6f86d09df9ef4dcbb543251c359d89bfd3733b5e691ca0f2a206ed8bf34cd9aab
a773ddb3610f8120bf384d447239436ab33310edf1727c976d4eca6b46ea]]

**15-08214-rdd Notice will be electronically mailed to:**

George Carpinello on behalf of Plaintiff Orinn S. Anderson
gcarpinello@bsfllp.com, acuda@bsfllp.com;aweber@bsfllp.com;anardacci@bsfllp.com

Jonathan M. Robbin on behalf of Unknown FNBM, LLC
jrobbin@blankrome.com, tpryan@blankrome.com;kreda@blankrome.com;jhanner@blankrome.com

Adam R Shaw on behalf of Plaintiff Orinn S. Anderson
ashaw@bsfllp.com, aweber@bsfllp.com;acuda@bsfllp.com

Jeffrey S Shelly on behalf of Plaintiff Orinn S. Anderson
jshelly@bsfllp.com

Michael D Slodov on behalf of Defendant Credit One Bank, N.A.
mslodov@sessions-law.biz, mslodov@roadrunner.com;evap@sessions-law.biz

Greg M. Zipes on behalf of U.S. Trustee U.S. Trustee
greg.zipes@usdoj.gov

**15-08214-rdd Notice will not be electronically mailed to:**

Clerk's Office of the U.S. Bankruptcy Court
,

Charles W. Juntikka on behalf of Plaintiff Orinn S. Anderson
Charles Juntikka & Associates LLP
1250 Broadway, 24th Floor
New York, NY 10001

James K. Schultz on behalf of Defendant Credit One Bank, N.A.
Sessions Fishman Nathan & Israel LLC
120 South LaSalle Street, Suite 1960
Chicago, IL 60603

         doc no 87 COB letter.pdf