

February 26, 2019

**VIA ECF**
Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601-4140
judge_drain@nysb.uscourts.gov

      Re:   *Anderson v. Credit One Bank, N.A., et al.*
              Adv. Proc. No. 15-08214 (RDD)

Dear Judge Drain:

    We represent Plaintiffs in the above referenced matter. We write to inform the court that the parties held a mediation yesterday February 25, 2019. That mediation was not successful.

    We respectfully request that the Court proceed to issue decisions on the pending motions for certification of the class and for a default judgment.

Respectfully Submitted,

George F. Carpinello

GFC/ck

cc:  Opposing Counsel via ECF