UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ORRIN S. ANDERSON,<br><br>      Debtor, | Chapter 7<br><br>Case No. 14-22147 (RDD) |
| ORRIN S. ANDERSON, A/K/A ORRIN ANDERSON,<br>A/K/A ORRIN SCOTT ANDERSON,<br><br>      Debtor and Plaintiff<br>      on behalf of himself<br>      and all others similarly<br>      situated,<br><br> v.<br><br>CREDIT ONE BANK, N.A.<br><br>      Defendant. | Adv. Pro. No. 15-08214 (RDD) |

## ORDER DENYING MOTION FOR STAY

Upon the motion [Dkt. 163-1] (the "Motion) of the Defendant herein for an order under Fed. R. Bankr. P. 7062 and 8077 staying all proceedings in this adversary proceeding; and upon Plaintiffs' opposition thereto [Dkt. 165] and upon all pleadings submitted in connection therewith; and upon the record of the hearing held by the Court on the Motion on June 21, 2019 (the "Hearing"); and, after due deliberation and for the reasons stated by the Court at the Hearing, the Court having determined that the Defendant has not carried its burden with respect to the requested stay, it is hereby

**ORDERED** that the Motion is denied.

1

Dated: June 25, 2019  
       White Plains, New York

/s/ Robert D. Drain  
Honorable Robert D. Drain  
United States Bankruptcy Judge