

NUNC PRO TUNC ENDORSED

The Second Circuit ordered
the case be remanded, however,
the remand was intended for bankruptcy
court -- not the District Court.
Therefore, this case is deemed
closed.

Dated: Jan. 7, 2019

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

January 3, 2019

**VIA FACSIMILE**
Hon. Nelson S. Román
United States District Judge
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150
(914) 390-4179

> Re:   **Anderson v. Credit One Bank, N.A. (In re Anderson),**
>       **7:15-cv-04227-NSR**

Dear Judge Román:

     We write this letter in response to a call from Myra Din of your chambers regarding the current status of this matter.

     On March 3, 2015, Credit One filed motions to compel arbitration, strike class allegations, and to dismiss or stay the adversary proceeding in the Bankruptcy Court. On May 14, 2015, Judge Drain entered an order denying the motions. Credit One appealed, and on June 14, 2016 Your Honor affirmed the Bankruptcy Court's order. *In re Anderson*, 553 B.R. 221 (S.D.N.Y. 2016). Credit One then appealed to the Second Circuit, and on March 7, 2018 the Second Circuit affirmed Your Honor's decision and remanded the matter. *In re Anderson*, 884 F.3d 382 (2d Cir. 2018). Credit One petitioned for *certiorari*, and the Supreme Court denied that petition on October 2, 2018. 139 S.Ct. 144 (2018).

     The matter is once again in front of Judge Drain in the Bankruptcy Court. Currently pending are a motion for class certification, filed on April 27, 2017, and the entry of an order for default on the merits against Credit One due to Credit One's violation of its discovery obligations, which Judge Drain stated would be forthcoming at a November 10, 2016 hearing.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2019

**BSF**

Respectfully submitted,

George F. Carpinello

GFC/aw

cc via email:

    Charles Juntikka
    charles@cjalaw.com

    J. Christopher Shore
    cshore@whitecase.com

    Andrew E. Tomback
    Andrew.tomback@whitecase.com

    Colin T. West
    cwest@whitecase.com