**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Anderson v. Credit One Bank, N.A.            CASE NO.: 15–08214–shl

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 0

---

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Sean H. Lane on July 1, 2022 for administration. Please style all future captions with the appropriate judicial suffix (shl ).

Dated: July 1, 2022                                     Vito Genna
                                                        Clerk of the Court