# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: admin | Date Created: 7/1/2022 |
| Case: 15–08214–shl | Form ID: 144 | Total: 23 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft        Credit One Bank, N.A.
                                                                                                           TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty        Adam R Shaw            ashaw@bsfllp.com
aty        Andrew Tomback         ATomback@mclaughlinstern.com
aty        Chester R. Ostrowski   costrowski@mclaughlinstern.com
aty        Colin West             cwest@whitecase.com
aty        George F Carpinello    gcarpinello@bsfllp.com
aty        Greg M. Zipes          greg.zipes@usdoj.gov
aty        J. Christopher Shore   cshore@whitecase.com
aty        Jeffrey S Shelly       jshelly@bsfllp.com
                                                                                                           TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla        Orinn S. Anderson      215 South 9th Avenue       Mount Vernon, NY 10550
ust        U.S. Trustee           201 Varick Street       Suite 1006       New York, NY 10014
aty        Andrew E. Tomback      White & Case LLP        1155 Avenue of the Americas       New York, NY 10036–2787
aty        Charles W. Juntikka    Charles Juntikka & Associates LLP       1250 Broadway, 24th Floor       New York, NY 10001
smg        United States Attorney's Office       Southern District of New York       Attention: Tax & Bankruptcy Unit       86 Chambers Street, Third Floor       New York, NY 10007
smg        Westchester County Sheriff's Dept.    Room L 217       110 Dr. Martin Luther King Blvd.       White Plains, NY 10601–2519
smg        N.Y. State Dept. Of Taxation And Finance       Bankruptcy/Special Procedures Section       P.O. Box 5300       Albany, NY 12205–0300
smg        New York City Department of Finance       Office of Legal Affairs       375 Pearl Street, 30th Floor       New York, NY 10038
smg        Parking Violations Bureau       210 Joralemon Avenue       Brooklyn, NY 11201
smg        N.Y. State Unemployment Insurance Fund       P.O. Box 551       Albany, NY 12201–0551
smg        New York State Tax Commission       Bankruptcy/Special Procedures Section       P.O. Box 5300       Albany, NY 12205–0300
smg        United States Attorney's Office       Southern District of New York       Attention: Tax & Bankruptcy Unit       86 Chambers Street, Third Floor       New York, NY 10007
7812856    McLAUGHLIN & Stern, LLP       Chester R. Ostrowski       260 Madison Avenue       New York, NY 10016
7812855    McLaughlin & Stern, LLP       Andrew E. Tomback       260 Madison Avenue       New York, NY 10016
                                                                                                           TOTAL: 14