WHITE & CASE LLP
J. Christopher Shore
Colin T. West
1221 Avenue of the Americas
New York, NY 10020
Phone: 212.819.8200
Fax: 212.354.8113

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ORRIN S. ANDERSON, <br><br> Debtor, | |
| ORRIN S. ANDERSON, A/K/A ORRIN ANDERSON <br><br> Debtor and Plaintiff on behalf of himself and all others similarly situated <br><br> v. <br><br> CREDIT ONE BANK, N.A., <br><br> Defendant | Chapter 7 <br><br> Case No. 14-22147 (SHL) <br><br> Adv. Pro. No. 15-08214 (SHL) |

**DEFENDANT'S MOTION TO ALTER OR AMEND**
**THE FINDINGS AND/OR JUDGMENT**
**<u>WITH RESPECT TO ORDER CERTIFYING CLASS</u>**

Defendant, by and through undersigned counsel, hereby moves to alter or amend the findings and/or judgment with respect to that certain *Corrected Memorandum of Decision on Motions for Sanctions and Class Certification*, entered June 3, 2022, Dkt. 176, and that certain *Judgment and Order Certifying Class and Granting Related Relief*, entered June 21, 2022, Dkt. 179, pursuant to Rules 52(b) and 59(e) of the Federal Rules of Civil Procedure, as incorporated by Rules 7052 and 9023 of the Federal Rules of Bankruptcy Procedure, and for other and further relief as the Court deems just and proper (the "**Motion**"). Defendant's memorandum of law in support of its Motion is attached hereto.

1

Dated: July 5, 2022

        Respectfully submitted,

        */s/ Colin T. West*

        J. Christopher Shore
        Colin T. West
        WHITE & CASE LLP
        1221 Avenue of the Americas
        New York, NY 10020
        Phone: 212.819.8200
        Fax: 212.354.8113
        Email: cshore@whitecase.com
        Email: cwest@whitecase.com

        *Counsel to Credit One Bank, N.A.*

AMERICAS 114807889 v9