UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ORRIN S. ANDERSON, | Chapter 7 |
| Debtor, | |
| | Case No. 14-22147 (RDD) |
| ORRIN S. ANDERSON, A/K/A ORRIN ANDERSON, A/K/A ORRIN SCOTT ANDERSON, | |
| Debtor and Plaintiff on behalf of himself and all others similarly situated, | Adv. Pro. No. 15-08214 (SHL) |
| v. | |
| CREDIT ONE BANK, N.A., | |
| Defendant. | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held via Zoom on July 21, 2022 at 10:00 AM in the above entitled matter for the purpose of holding a status conference and for addressing the question of the form of the notice to the class; the persons who shall receive the notice; and how the cost of the notice is to be paid.

Respectfully submitted,

DATED: July 8, 2022              **BOIES SCHILLER FLEXNER LLP**

By: /s/ *George F. Carpinello*

George F. Carpinello
Adam R. Shaw
Jenna Smith
30 South Pearl Street, 11th Floor
Albany, NY 12207
Tel:  (518) 434-0600
Fax:  (518) 434-0665
gcarpinello@bsfllp.com

 - and –

**CHARLES JUNTIKKA &  ASSOCIATES LLP**
Charles Juntikka
30 Vesey Street, Suite 100
New York, NY  10007
(212) 315-3755