UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ORRIN S. ANDERSON, | Chapter 7 |
| Debtor, | |
| | Case No. 14-22147 (SHL) |
| ORRIN S. ANDERSON, A/K/A ORRIN ANDERSON, A/K/A ORRIN SCOTT ANDERSON, | |
| Debtor and Plaintiff on behalf of himself and all others similarly situated, | Adv. Pro. No. 15-08214 (SHL) |
| v. | |
| CREDIT ONE BANK, N.A., | |
| Defendant. | |

## NOTICE OF MOTION TO DECLARE CERTAIN DOCUMENTS NOT PRIVILEGED

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Plaintiff by and through their counsel, shall move before the Honorable Sean H. Lane, United Stated States Bankruptcy Judge at the United States Bankruptcy Court of the Southern District of New York (the "Court"), 300 Quarropas Street, White Plains, New York 10601, at a date to be determined, for an order declaring that certain documents presented to the Court by Defendant Credit One's former attorney, Michael Slodov, are not privileged and should be made available to Plaintiff and the Court. Plaintiff's memorandum of law in support of this Motion is attached hereto.

The parties have agreed on the following briefing schedule: Plaintiff provided an advanced copy of the Motion to Defendant on August 3, 2022.  Plaintiff is hereby filing his Motion on August 5, 2022.  Defendant's response in Opposition is due to be filed by August 26, 2022.  Plaintiff's reply in support of the Motion is due to be filed by September 9, 2022.

Dated:  August 5, 2022              **BOIES SCHILLER FLEXNER LLP**

By: */s/ George F. Carpinello*
George F. Carpinello
Adam R. Shaw
Jenna Smith
30 South Pearl Street, 11th Floor
Albany, NY 12207
Tel: (518) 434-0600
Fax: (518) 434-0665
gcarpinello@bsfllp.com
ashaw@bsfllp.com
jsmith@bsfllp.com

- and –

**CHARLES JUNTIKKA &  ASSOCIATES LLP**
Charles Juntikka
30 Vesey Street, Suite 100
New York, NY  10007
(212) 315-3755

*Attorneys for Plaintiff Orrin Anderson*

## CERTIFICATE OF SERVICE

I, George F. Carpinello, hereby certify that on the 5th day of August, 2022, I served the forgoing document on all counsel of record via ECF.

/s/ *George F. Carpinello*
George F. Carpinello