

August 3, 2022

**VIA ECF AND EMAIL**
Honorable Sean H. Lane
UNITED STATES BANKRUPTCY JUDGE
SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street
White Plains, NY 10601-4140
shl.chambers@nysb.uscourts.gov

      Re:   *Anderson v. Credit One Bank, N.A. and Credit One Financial*,
              Adv. Proc. No. 15-08214 (SHL)

Dear Judge Lane:

The parties have agreed to the following briefing schedule with regard to the matters currently pending before the Court.

Motion to Amend and Cross Motion to Clarify

- 8/5 – Deadline for Plaintiff to file Opposition to Motion to Amend and Cross-Motion to Clarify
- 8/26 – Deadline for Defendant to file Reply in support of Motion to Amend and Opposition to Cross-Motion to Clarify
- 9/9 – Deadline for Plaintiff to file Reply in support of Cross-Motion to Clarify

Motion to Lift Seal

- 8/3 – Plaintiff to provide advance notice copy of Motion to Lift Seal to Defendant
- 8/5 – Deadline for Plaintiff to file Motion to Lift Seal
- 8/26 – Deadline for Defendant to file Opposition
- 9/9 – Deadline for Plaintiff to file Reply

Motion regarding Class Notice Procedures

- Plaintiff to file class notice motion 14 days after entry of order disposing of motion to alter or amend;
- Defendant to file opposition 21 days after motion
- Plaintiff to file reply 14 days after opposition



Honorable Sean H. Lane
August 3, 2022
Page 2

We trust that this schedule will be acceptable to the Court.

                                              Respectfully submitted,

                                              /s/ *George F. Carpinello*
                                              George F. Carpinello

cc:  Opposing Counsel via ECF

**MEMORANDUM ENDORSED ORDER:**
So Ordered.
Dated: September 9, 2022
*/s/ Sean H. Lane*
United States Bankruptcy Judge