**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
300 Quarropas Street
White Plains, NY 10601

---

IN RE: Anderson v. Credit One Bank, N.A.   CASE NO.: 15−08214−jpm

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER: 0

---

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge John P. Mastando III on November 21, 2023 for administration. Please style all future captions with the appropriate judicial suffix (jpm ).

Dated: November 21, 2023                         Vito Genna
                                                 Clerk of the Court

United States Bankruptcy Court

Southern District of New York

Anderson,
    Plaintiff

Credit One Bank, N.A.,
    Defendant

Adv. Proc. No. 15-08214-jpm

# CERTIFICATE OF NOTICE

District/off: 0208-7     User: admin     Page 1 of 2
Date Rcvd: Nov 21, 2023     Form ID: 144     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Andrew E. Tomback, White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036-2711 |
| aty | + | Charles W. Juntikka, Charles Juntikka & Associates LLP, 1250 Broadway, 24th Floor, New York, NY 10001-3725 |
| pla | + | Orinn S. Anderson, 215 South 9th Avenue, Mount Vernon, NY 10550-3749 |
| 7812856 | + | McLAUGHLIN & Stern, LLP, Chester R. Ostrowski, 260 Madison Avenue, New York, NY 10016-2404 |
| 7812855 | + | McLaughlin & Stern, LLP, Andrew E. Tomback, 260 Madison Avenue, New York, NY 10016-2404 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Nov 21 2023 19:08:00 | N.Y. State Dept. Of Taxation And Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Nov 21 2023 19:07:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Nov 21 2023 19:07:00 | New York City Department of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Nov 21 2023 19:08:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Nov 21 2023 19:07:00 | Parking Violations Bureau, 210 Joralemon Avenue, Brooklyn, NY 11201-3743 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Nov 21 2023 19:07:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| smg | | Email/Text: DPS-CivilBankruptcy@westchestergov.com | Nov 21 2023 19:07:00 | Westchester County Sheriff's Dept., Room L 217, 110 Dr. Martin Luther King Blvd., White Plains, NY 10601-2519 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | U.S. Trustee |
| dft | | Credit One Bank, N.A. |
| smg | *+ | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

15-08214-jpm    Doc 217    Filed 11/23/23    Entered 11/24/23 00:12:49    Imaged
Certificate of Notice    Pg 3 of 3

| District/off: 0208-7 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 21, 2023 | Form ID: 144 | Total Noticed: 12 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2023 at the address(es) listed below:**

**Name**    **Email Address**

Adam R Shaw
on behalf of Plaintiff Orinn S. Anderson ashaw@bsfllp.com

Arthur E. Rosenberg
on behalf of Unknown Midland Funding  LLC arthur.rosenberg@hklaw.com, elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com;hapi@hklaw.com;amy.leal@hklaw.com

Chester R. Ostrowski
on behalf of Defendant Credit One Bank  N.A. costrowski@mclaughlinstern.com

Colin West
on behalf of Defendant Credit One Bank  N.A. cwest@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com

George F Carpinello
on behalf of Plaintiff Orinn S. Anderson gcarpinello@bsfllp.com  george-carpinello-6418@ecf.pacerpro.com

Greg M. Zipes
on behalf of U.S. Trustee U.S. Trustee greg.zipes@usdoj.gov

J. Christopher Shore
on behalf of Defendant Credit One Bank  N.A. cshore@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com

Jeffrey S Shelly
on behalf of Plaintiff Orinn S. Anderson jshelly@bsfllp.com

Jonathan M. Robbin
on behalf of Unknown Resurgent Capital Services L.P.  jonathan.robbin@jrobbinlaw.com, eDocketing@blankrome.com

Jonathan M. Robbin
on behalf of Unknown Sherman Capital Markets LLC  jonathan.robbin@jrobbinlaw.com, eDocketing@blankrome.com

Jonathan M. Robbin
on behalf of Unknown FNBM  LLC jonathan.robbin@jrobbinlaw.com, eDocketing@blankrome.com

Jonathan M. Robbin
on behalf of Unknown Sherman Financial Group  LLC jonathan.robbin@jrobbinlaw.com, eDocketing@blankrome.com

Jonathan M. Robbin
on behalf of Unknown LVNV Funding LLC  jonathan.robbin@jrobbinlaw.com, eDocketing@blankrome.com

Jonathan M. Robbin
on behalf of Unknown MHC Receivables  LLC jonathan.robbin@jrobbinlaw.com, eDocketing@blankrome.com

Jonathan M. Robbin
on behalf of Unknown Sherman Originator III LLC jonathan.robbin@jrobbinlaw.com, eDocketing@blankrome.com

Jonathan M. Robbin
on behalf of Unknown PYOD LLC jonathan.robbin@jrobbinlaw.com  eDocketing@blankrome.com

Michael D Slodov
on behalf of Intervenor Michael D Slodov MSlodov@jbllc.com  mdslodov@proton.me

TOTAL: 17