UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ORRIN S. ANDERSON, ) | Chapter 7 |
| ) | |
| Debtor, ) | |
| ) | Case No. 14-22147 (SHL) |
| ) | |
| ORRIN S. ANDERSON, A/K/A ORRIN ) ANDERSON, A/K/A ORRIN SCOTT ANDERSON, ) | |
| ) | |
| Debtor and Plaintiff on behalf ) of himself and all others ) similarly situated, ) | Adv. Pro. No. 15-08214 (JPM) |
| ) | |
| v. ) | |
| ) | |
| CREDIT ONE BANK, N.A., ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF GEORGE F. CARPINELLO IN SUPPORT OF PLAINTIFF'S
MOTION TO AMEND THE COMPLAINT AND PLAINTIFF'S MEMORANDUM OF
LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DECERTIFY THE CLASS**

George F. Carpinello, an attorney at law admitted to practice before the Courts of the State of New York and the Southern District of New York, declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner with the law firm of Boies Schiller Flexner, LLP, attorneys for Plaintiff, and I make this declaration in support of Plaintiff's Motion to Amend the Complaint and Memorandum of Law in Opposition to Defendant's Motion to Decertify the Class.

1

2. Attached hereto as Exhibit A is a true and correct copy of the Proposed Second Amended Complaint with redline showing changes.

3. Attached hereto as Exhibit B is a true and correct copy of the Proposed Second Amended Complaint.

4. Attached hereto as Exhibit C is an excerpt of the transcript of the hearing held before Judge Drain on November 10, 2016 (Dkt. No. 101).

5. Attached hereto as Exhibit D is an excerpt of the transcript of the hearing held before Judge Drain on October 12, 2017 (Dkt. No. 150).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: December 15, 2023                    /s/ George F. Carpinello
                                            George F. Carpinello