UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ORRIN S. ANDERSON,<br><br>　　　　Debtor, | Chapter 7<br><br>Case No. 14-22147 (SHL) |
| ORRIN S. ANDERSON, A/K/A ORRIN ANDERSON, A/K/A ORRIN SCOTT ANDERSON,<br><br>　　　　Debtor and Plaintiff on behalf of himself and all others similarly situated,<br><br>　　　　　　v.<br><br>CREDIT ONE BANK, N.A.,<br><br>　　　　Defendant. | Adv. Pro. No. 15-08214 (SHL) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S
<u>MOTION TO DECLARE CERTAIN DOCUMENTS NOT PRIVILEGED</u>**

# FILED UNDER SEAL